891

In the Matter of ADOLPH STAUB et al., Appellants, against
JOSEPH D. McGOLDRICK, as State Rent Administrator,
Respondent.

Argued June 3, 1953; decided July 14, 1953.

*Benjamin J. Taruskin* for appellants.

*Beatrice Shainswit* and *Robert H. Schaffer* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.